# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PAu 3-660-935

**Effective date of registration:**

October 17, 2012

## Title

|  |  |
|---|---|
| Title of Work: | The Company You Keep |
| Nature of Work: | Motion Picture |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2012 |

## Author

|  |  |
|---|---|
| ▪ Author: | TCYK, LLC |
| Author Created: | Producer of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

|  |  |
|---|---|
| Copyright Claimant: | TCYK, LLC |
|  | 6360 Deep Dell Pl, Los Angeles, CA, 90068 |
| Transfer Statement: | By Written Agreement |

## Limitation of copyright claim

|  |  |
|---|---|
| Material excluded from this claim: | A Novel; A Screenplay |
| Previously registered: | No |
| Previous registration and year: | PAu 3 578-816    2011 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Added Principal Photography, Music, Effects, Etc. |

## Certification

|  |  |
|---|---|
| Name: | Nicholas Chartier |
| Date: | October 17, 2012 |

Registration #:  PAU003660935
Service Request #:  1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash SHA1: | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 71.194.92.236 | 2D415A343830302D7A65395733554162554E4432 | Vuze 4.8.0.0 | 04/30/2013 11:48:39 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago Heights |
| 2 | 67.184.129.18 | 2D4241333330302D49701080894832AECFA3E046 | -BA3300- | 04/30/2013 11:01:03 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Aurora |
| 3 | 24.12.22.245 | 2D415A343930302D4C725A3373306A793765695A | Vuze 4.9.0.0 | 04/30/2013 09:38:47 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 4 | 50.141.173.156 | 2D5554333333302D2170A0CB96257OEB95250B82 | µTorrent 3.2.3 | 04/30/2013 09:29:41 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 5 | 173.161.100.189 | 2D5554333333302DEC725C4549DBB2923F452D64 | µTorrent 3.3.0 | 04/30/2013 08:26:39 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable Communications | Illinois | Roselle |
| 6 | 98.228.0.144 | 2D415A343530342D4B6A49336F49714232697262 | Vuze 4.5.0.4 | 04/30/2013 12:00:25 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago Heights |
| 7 | 98.228.183.223 | 2D5554333333302D6873BE28B6116D64313D7FE5 | µTorrent 3.3.0 | 04/30/2013 06:42:41 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Dekalb |
| 8 | 67.175.128.212 | 2D5554333333302D9E723034FAF271E4E3396B6C | µTorrent 3.3.0 | 04/30/2013 05:34:14 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 9 | 70.88.77.138 | 2D5554333333302D1673A4267707F49B3688E97F | µTorrent 3.3.0 | 04/30/2013 05:18:34 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable Communications | Illinois | Chicago |
| 10 | 24.13.187.191 | 2D5554333333302D687389F97E25D9DB5ED2ACCB | µTorrent 3.3.0 | 04/30/2013 05:15:24 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Addison |
| 11 | 76.16.226.155 | 2D415A343930302D344E6C72746846850654764 | Vuze 4.9.0.0 | 04/30/2013 04:35:59 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 12 | 67.173.109.237 | 2D4243303133312DB5A4B49E831702FCCB5A28FB | BitComet 1.31 | 04/30/2013 03:44:07 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glenview |
| 13 | 98.223.170.55 | 2D5452323737302D746E63396E3874396D687931 | Transmission 2.77 | 04/30/2013 02:55:44 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 14 | 98.228.76.246 | 2D5554333333302D687323 1B411AD82814AB8DB8 | µTorrent 3.3.0 | 04/30/2013 12:46:42 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Homewood |
| 15 | 50.158.79.100 | 4D372D382D302D2D697323EAEBF54E298F4EE2FA | BitTorrent 7.8.0 | 04/30/2013 12:45:35 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Waukegan |
| 16 | 67.175.51.83 | 2D5554333330422DB670E146071439B969A4B6CE | µTorrent 3.3.0 (Beta) | 04/30/2013 12:34:45 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Grayslake |
| 17 | 76.16.38.159 | 2D5554333313302D9568E4982AEA14E2E10498B0 | µTorrent 3.1.2 | 04/29/2013 09:48:30 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 18 | 71.57.77.249 | 4D372D382D302D2D9F727E4B79A28386F8E80703 | BitTorrent 7.8.0 | 04/29/2013 09:00:00 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Batavia |
| 19 | 98.227.80.248 | 2D5554333333302D21706CC511EA6BD864FCBB0A | µTorrent 3.2.3 | 04/29/2013 08:12:28 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 20 | 67.173.19.105 | 2D5554333330302D68739C92791788CCBF15EAE0 | µTorrent 3.3.0 | 04/29/2013 07:01:00 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford Machesney Park |
| 21 | 24.13.134.78 | 2D5554333330302D6873299735E85C1F8C99FB45 | µTorrent 3.3.0 | 04/29/2013 05:21:36 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 22 | 71.239.137.28 | 2D415A343930302D74636A53364A436965555172 | Vuze 4.9.0.0 | 04/29/2013 04:10:33 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 23 | 71.57.58.127 | 4D372D382D302D2D9F729546ACB72F64CE092416 | BitTorrent 7.8.0 | 04/29/2013 03:06:33 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Burbank |
| 24 | 50.151.115.68 | 2D5554333333302D68739247AC8CAD04C0AF0E4E | µTorrent 3.3.0 | 04/29/2013 12:35:36 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Brookfield |
| 25 | 24.1.210.147 | 2D5554333333302D9E72D5B5372F3AC32815E677 | µTorrent 3.3.0 | 04/29/2013 05:50:24 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Streamwood |
| 26 | 76.16.85.180 | 2D415A343830302D4967377A4F35334673 6F766C | Vuze 4.8.0.0 | 04/29/2013 05:19:43 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lake Forest |
| 27 | 71.194.28.162 | 2D415A343930302D4165616930526338685 04C35 | Vuze 4.9.0.0 | 04/29/2013 05:07:20 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Addison |
| 28 | 76.16.211.134 | 2D5554333330302D6873696B89D1DE8035E01909B | µTorrent 3.3.0 | 04/29/2013 01:05:30 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 29 | 24.1.72.189 | 2D5554333333302D217085AA15C40485C1C07C4F | µTorrent 3.2.3 | 04/29/2013 12:39:27 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Willowbrook |
| 30 | 64.53.186.231 | 2D5452323531302D6C79326B3263346635797978 | Transmission 2.51 | 04/29/2013 12:23:27 AM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | WideOpenWest | Illinois | Chicago |
| 31 | 67.167.3.220 | 2D5452323531302D737A7A70707933646E7A7136 | Transmission 2.51 | 04/28/2013 07:26:48 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 32 | 24.1.255.165 | 4D372D372D332D2D7C703ADCC2E292936BD1BCC4 | BitTorrent 7.7.3 | 04/28/2013 07:14:11 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Burbank |
| 33 | 68.57.194.198 | 2D5554333333302D217045F1D08E5969DAEA19A1 | µTorrent 3.2.3 | 04/28/2013 07:00:28 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Mchenry |
| 34 | 76.16.57.242 | 2D415A343930302D4B503668654957754641 6432 | Vuze 4.9.0.0 | 04/28/2013 05:21:51 PM | The.Company.You.Keep.2012.DVDRip.XViD.AC3.HQ.Hive-CM8 | A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |

| # | IP | Hash | Client | Date/Time | File | SHA1 | ISP | State | City |
|---|----|----|----|----|----|----|----|----|----|
| 35 | 71.201.66.53 | 2D415A343930302D334C3451306E647839333348 | Vuze 4.9.0.0 | 04/28/2013 05:13:30 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 36 | 67.184.178.36 | 2D545232373730302D34326E73723439356E316F75 | Transmission 2.77 | 04/28/2013 04:35:32 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 37 | 24.13.52.152 | 2D5554323032302DC04C270F18778FC3403EF33D | µTorrent 2.0.2 | 04/28/2013 02:00:15 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 38 | 67.176.199.87 | 2D415A343930302D716E594341336E5771425445 | Vuze 4.9.0.0 | 04/27/2013 11:10:31 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Geneva |
| 39 | 98.206.216.240 | 2D5554333333302D6873CF073CDF703A8F8D1A93 | µTorrent 3.3.0 | 04/27/2013 10:23:08 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 40 | 98.220.224.13 | 2D5554333333302D6E710A6173373BF8A31D7559 | µTorrent 3.3.0 | 04/27/2013 09:10:40 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glenview |
| 41 | 50.158.91.180 | 2D415A343831322D4F387358535275386679687 | Vuze 4.8.1.2 | 04/27/2013 07:53:04 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 42 | 24.7.211.190 | 2D5554413833302DC03B2D778E62A3DFA02F8A35 | µTorrent 1.8.2 | 04/27/2013 07:46:52 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Darien |
| 43 | 98.212.121.196 | 2D545232373730302D656B3665743636776931387 | Transmission 2.77 | 04/27/2013 07:45:26 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 44 | 71.194.191.147 | 2D5554333333302D6873D7594536F78094A10092 | µTorrent 3.3.0 | 04/27/2013 05:53:12 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 45 | 76.16.37.213 | 2D415A343930302D336E374A72796F6E79756756 | Vuze 4.9.0.0 | 04/27/2013 11:16:30 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 46 | 68.46.222.240 | 2D5554333333302D68736519F02B21F5618601D0 | µTorrent 3.3.0 | 04/27/2013 07:25:13 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 47 | 98.213.40.126 | 2D415A343830302D4F567952624E5641687A7830 | Vuze 4.8.0.0 | 04/27/2013 06:14:35 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elgin |
| 48 | 209.23.211.3 | 2D415A343830302D797855594F684D31364A7647 | Vuze 4.8.0.0 | 04/27/2013 05:48:46 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Telecommunications | Illinois | Chicago |
| 49 | 71.57.8.93 | 2D415A343831322D5755464564641716230557143 | Vuze 4.8.1.2 | 04/27/2013 05:31:47 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glendale Heights |
| 50 | 50.129.71.195 | 2D415A343831322D695A7574446A7A3054576F6F6F | Vuze 4.8.1.2 | 04/27/2013 04:04:04 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 51 | 50.129.197.119 | 4D372D382D302D2D877342288B27DEF4F7B29E07 | BitTorrent 7.8.0 | 04/27/2013 03:00:07 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Naperville |
| 52 | 68.51.74.48 | 2D415A343930302D6D6F5866583871365615434C6E | Vuze 4.9.0.0 | 04/27/2013 02:21:43 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 53 | 71.194.187.114 | 4D372D332D352D2DEC6B3B79340441F0E4D95E0E | BitTorrent 7.3.5 | 04/27/2013 01:43:05 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Round Lake |
| 54 | 98.213.119.255 | 2D4243303133342DA044EFD85372D328B1AA6FC4 | BitComet 1.34 | 04/27/2013 01:18:07 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Belvidere |
| 55 | 98.226.92.33 | 4D372D372D2D302D2D0F6CAA6B84EAB2C21028C366 | BitTorrent 7.7.0 | 04/27/2013 01:11:43 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Midlothian |
| 56 | 98.222.253.79 | 2D5554333230302D3C6CFF9AF4A45A4B64E5C401 | µTorrent 3.2.0 | 04/26/2013 11:08:33 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 57 | 67.175.55.33 | 2D5554333333302D68734S8CDEC6103F7E9E1043 | µTorrent 3.3.0 | 04/26/2013 10:57:25 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Palos Heights |
| 58 | 71.90.64.199 | 2D5554333313302DF8670A04D02889B0829F45CA | µTorrent 3.1.0 | 04/26/2013 10:46:53 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Charter Communications | Illinois | Roscoe |
| 59 | 71.239.162.8 | 2D415A343530342D6D426B327338544D38673141 | Vuze 4.5.0.4 | 04/26/2013 10:25:28 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Villa Park |
| 60 | 69.246.241.46 | 2D5554333333302D6873F98629C6407BB04BFF1D | µTorrent 3.3.0 | 04/26/2013 08:04:41 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Montgomery |
| 61 | 50.141.156.10 | 2D5554333333302D68739AC719CF17B7C178DCDE | µTorrent 3.3.0 | 04/26/2013 06:36:54 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Cary |
| 62 | 76.16.32.203 | 2D5554333333302D21703F6A5FA7334BA4201B29 | µTorrent 3.2.3 | 04/26/2013 06:27:26 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Harvey |
| 63 | 67.175.88.118 | 2D545232373130302D646E70367264777172643437 | Transmission 2.71 | 04/25/2013 05:37:09 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Batavia |
| 64 | 76.16.56.166 | 2D554D313834302D06730AF8CB2EA397664AFC4F | µTorrent Mac 1.8.4 | 04/25/2013 10:28:19 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 65 | 173.167.173.254 | 4D372D382D302D2D697361097953D7450A7F95CD | BitTorrent 7.8.0 | 04/25/2013 10:10:17 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Business Communications | Illinois | Lincolnshire |
| 66 | 98.193.79.95 | 2D5554333333302D68738AFA5FE1024905C73695 | µTorrent 3.3.0 | 04/25/2013 08:10:33 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 67 | 67.167.247.176 | 2D554D313834302D06735A2BF9FF6189E42B94E0 | µTorrent Mac 1.8.4 | 04/25/2013 07:49:38 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Warrenville |
| 68 | 67.176.156.4 | 2D5554333333302D21702F8554BF04CB92A8F76A | µTorrent 3.2.3 | 04/25/2013 07:26:16 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Des Plaines |
| 69 | 98.213.178.36 | 2D424330313334342DC313CAA24F1EE1F5CE7794E7 | BitComet 1.34 | 04/25/2013 07:11:21 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |