MA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 2 3 2013
July 23 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

**Plaintiff(s)**

TCYK, LLC

V.

Case No. 1:13-cv-03844

**Defendant(s)**

Does 1-69

Protective Motions to quash or vacate suppoena

I have no knowledge of how or why this happened and I have since put a password on my wifi service

Doe 33
7/23/13